HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIC GUDMUNDSON, an individual, KATINA GUDMUNDSON, an individual, and the marital community comprised thereof,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | NO. 2:22-cv-00352-MLP<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>April 10, _____, 2023 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice and without fees or costs awarded to either party.

///

///

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
067826.000077 1547790
NO.: 2:22-cv-00352-MLP

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   DATED this 10th day of April, 2023.

2

3                                              By s/ Michael S. Rogers
                                                  Michael S. Rogers, WSBA 16423
4                                                 Reed McClure
                                                  Attorneys for Defendant
5                                                 1215 Fourth Avenue, Suite 1700
                                                  Seattle WA 98161-1087
6                                                 206.292.4900 – Phone
                                                  206.223.0152 – Fax
7                                                 mrogers@rmlaw.com

8

9   DATED this 31st day of March, 2023.

10

11                                              By _____
                                                   Eric Gudmundson, Plaintiff
12

13

14  DATED this 03 day of 31, 2023.

15
                                                By _____
16                                                 Katina Gudmundson, Plaintiff

17

18

19

20  IT IS SO ORDERED.

21

22  DONE this 11th day of April, 2023.

23
                                                   _____
24
                                                   HONORABLE MICHELLE L. PETERSON
25

STIPULATED MOTION FOR DISMISSAL – 2

067826.000077 1547790
NO.: 2:22-cv-00352-MLP

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152